1  **BIRNBERG & ASSOCIATES**
   CORY A. BIRNBERG (SBN 105468)
2  703 Market Street Suite #600
   San Francisco, California 94103
3  Telephone Number: (415) 398-1040
   Facsimile Number: (415) 398-2001
4

5  Attorney for Plaintiff
   KENNETH POWE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 **KENNETH POWE**                        )   Case No. C-05-00440-CRB
                                           )
13            Plaintiff,                   )   **STIPULATION AND ORDER**
                                           )   **DISMISSING DEFENDANT**
14      v.                                 )   **AGRA FOUNDATIONS, INC.**
                                           )   **WITHOUT PREJUDICE**
15 **AGRA FOUNDATIONS, INC., TUTOR-**      )
   **SALIBA CORPORATION**                  )
16                                         )
                                           )
17            Defendant.                   )
                                           )
18 _____     )

19

20      IT IS HEREBY STIPULATED by and between Plaintiff KENNETH POWE, and

21 Defendant TUTOR-SALIBA CORPORATION, that:

22      1.    Defendant AGRA FOUNDATIONS, INC. be dismissed from this action,

23 without prejudice; and

24      2.    If it is later determined through investigation or discovery that Defendant

25
   AGRA FOUNDATIONS, INC. is subject to a legally cognizable cause of action for
26
   Plaintiff's injuries, either by Plaintiff KENNETH POWE or by Defendant TUTOR-
27

28

BIRNBERG &
ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

SALIBA CORPORATION, Plaintiff KENNETH POWE and Defendant TUTOR-SALIBA CORPORATION agree that AGRA FOUNDATIONS, INC. may appear or may be joined in the action at that time, without disputing personal jurisdiction, venue, or the statute of limitations, subject to all other available defenses.

3.  In no event will the terms of this agreement extend past the date of 3 August 2007.

4.  The terms of this agreement are not assignable and are not intended to benefit any person or entity other than Plaintiff KENNETH POWE, Defendant TUTOR-SALIBA CORPORATION and Defendant AGRA FOUNDATIONS.

IT IS SO STIPULATED.

Dated: August 3, 2005                    COX, WOOTTON, GRIFFIN,
                                         HANSEN & POULOS, LLP


                                         By:  /s/ Richard Wootton
                                         Richard Wootton
                                         Attorneys for Defendant
                                         TUTOR-SALIBA CORPORATION


Dated: August 23, 2005                   BIRNBERG & ASSOCIATES


                                         By:  /s/ Cory A. Birnberg
                                         Cory A. Birnberg
                                         Attorneys for Plaintiff
                                         KENNETH POWE

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Stipulation and Order Dismissing Agra Foundations, Inc.    -2-    Case No.: C-05-00440-CRB

**ORDER**

Pursuant to Stipulation, it is hereby ordered that Defendant AGRA FOUNDATIONS, INC. be dismissed from this action without prejudice.

Dated: August 23, 2005



HONORABLE CHARLES R. BREYER
United States District Court Judge

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001