**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kielgier (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Defendant,
TUTOR-SALIBA, CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH POWE,<br><br>          Plaintiff,<br><br>v.<br><br>TUTOR-SALIBA CORPORATION,<br><br>          Defendant. | Case No.: C-05-00440-CRB<br><br>**STIPULATION AND ~~PROPOSED~~<br>ORDER FOR EXTENDING<br>HEARING DATE AND BRIEFING<br>SCHEDULE** |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that good cause exists to extend the briefing schedule and hearing date for Defendant's Motion for Summary Judgment currently set for December 12, 2005, for approximately one month in the interest of justice based upon the following:

    (1)    The parties are engaged in meaningful discussions that may settle the case prior to the December 12, 2005 hearing date;

    (2)    Requiring Defendant to file its motion as required on November 7, 2005 may have a chilling effect on settlement negotiations.; and

    (3)    Counsel for Defendant, Richard C. Wootton is currently in trial for at least the remainder of the week in Hawaii in the matter of *Chung v. McCabe Hamilton & Renny Co. Ltd*, OALJ No.: 2005-LHC-00435

Dated: November 1, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant
TUTOR-SALIBA, CORPORATION

By: _____
Christopher S. Kieliger

Dated: November 1, 2005

BIRNBERG & ASSOCIATES

By: _____
Cory A. Birnberg
Attorneys for Plaintiff KENNETH POWE

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING THEREFROM IT IS ORDERED THAT:

The hearing date for Defendant's Motion for Summary Judgment is continued to Jan. 13, 2006 at 10:00 a.m. The motion is to be filed 35 days prior to the hearing.

By: _____
Honorable Charles R. Breyer
United States District Judge

APPROVED
Judge Charles R. Breyer

-2-

Case No.: C-05-00440-CRB

STIPULATION AND PROPOSED ORDER FOR EXTENDING HEARING DATE AND BRIEFING SCHEDULE