|  |  |
|---|---|
| 1 | COX, WOOTTON, GRIFFIN, |
| 2 | HANSEN & POULOS, LLP<br>Richard C. Wootton (SBN 88390) |
| 3 | Christopher S. Kieliger (SBN 209121)<br>190 The Embarcadero |
| 4 | San Francisco, California 94105<br>Telephone No.: (415) 438-4600 |
| 5 | Facsimile No.: (415) 438-4601 |
| 6 | Attorneys for Defendant,<br>TUTOR-SALIBA, CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH POWE, | ) Case No.: C-05-00440-CRB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND** ~~PROPOSED~~ |
| v. | ) **ORDER FOR DISMISSAL WITH** |
| | ) **PREJUDICE** |
| TUTOR-SALIBA CORPORATION, | ) |
| Defendant. | ) |

WHEREAS, the parties have settled the above referenced matter;

WHEREAS, on November 19, 2005, the Plaintiff signed the Release of All Claims;

WHEREAS, on November 28, 2005, the settlement funds were delivered to counsel for the plaintiff, Mr. Birnberg;

IT IS HEREBY STIPULATED that an Amended Order for Dismissal *with prejudice* be issued in this action.

Dated: January 5, 2006

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant
TUTOR-SALIBA, CORPORATION

By: _____
Christopher S. Kieliger

-1-

Case No.: C-05-00440-CRB

STIPULATION AND PROPOSED ORDER FOR ENTRY OF DISMISSAL WITH PREJUDICE

1  Dated: January 5, 2006                    BIRNBERG & ASSOCIATES
2                                             Attorneys for Plaintiff KENNETH POWE
3
4                                             By: _____
                                                  Cory A. Birnberg
5
6
7       NOW, THEREFORE, upon consideration of the stipulation of the parties, IT

8  IS ORDERED THAT this case be dismissed with prejudice.

9
10     January 12, 2006               By: _____
11                                        Honorable Charles R. Breyer
                                          United States District Court
12

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415.438.4600
FAX 415.438.4601

IMU.Powe2

-2-                                                              Case No.: C-05-00440-CRB
STIPULATION AND PROPOSED ORDER FOR ENTRY OF DISMISSAL WITH PREJUDICE